**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

UNITED STATES OF AMERICA,

v. CRIMINAL ACTION NO. 2:26-cr-00010

MIGUEL ANGEL AGUIRRE
MIGUEL AGUIRRE-ARELLO, SR.

**ORDER**

From November 17, 2026, to November 19, 2026, the court held a jury trial in this matter. The jury returned the verdict filed on November 19, 2026, [ECF No. 264]. The jury found both Defendants not guilty on every count. Accordingly, the court **ORDERS** the case closed and stricken from the active docket. The remaining pending motions, [ECF Nos. 244, 247, 260], are **DENIED as moot** and ordered terminated.

The court **DIRECTS** the Clerk to send a copy of this Order to the defendants and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

Enter: November 20, 2026

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE