*(Rev. 10/2024)*
*Please Read Instructions.*

# TRANSCRIPT ORDER FORM

## 1. REQUESTOR'S INFORMATION

| ATTORNEY NAME | TELEPHONE NUMBER | EMAIL ADDRESS |
|---|---|---|
| Andrew J. Tessman | 681-265-3802 | atessman@hfdrlaw.com |
| CONTACT PERSON *(if different)* | TELEPHONE NUMBER | EMAIL ADDRESS |
| Molly Hunt | 681-265-3802 | mhunt@hfdrlaw.com |

MAILING ADDRESS *(include law firm name, if applicable)*
Hissam Forman Donovan Ritchie, PLLC
PO Box 3983
Charleston, WV 25339

## 2. TRANSCRIPT REQUESTED

NAME OF COURT REPORTER
Amanda Pickens

**OR** CHECK HERE ☐ IF HEARING WAS RECORDED ELECTRONICALLY (CourtSmart)

| CASE NUMBER | CASE NAME | JUDGE'S NAME |
|---|---|---|
| 2:26-cr-00010 | United States of America v. Miguel Angel Aguirre, Miguel Aguirre-Arello Sr. | Joseph R. Goodwim |
| DATE OF PROCEEDING | TYPE OF PROCEEDING | LOCATION OF PROCEEDING |
| 11/17/2026-11/19/2026 | Trial | Charleston |

REQUEST IS FOR: *(Select one)* ☑ FULL PROCEEDING **OR** ☐ SPECIFIC PORTION *(Must specify below)*

SPECIFIC PORTION(S) REQUESTED *(if applicable. Confer with court reporter.)*:

## 3. TYPE OF TRANSCRIPT REQUESTED

| Transcript Type | Maximum Rate Per Page: Original | First Copy to Each Party | Each Add'l Copy |
|---|---|---|---|
| **30-Day Transcript (Ordinary):** A transcript to be delivered within thirty (30) days after receipt of order. | ☑ $4.40 *per page* | ☐ $1.10 *per page* | ☐ $0.75 *per page* |
| **14-Day Transcript:** A transcript to be delivered within fourteen (14) days after receipt of order. | ☐ $5.10 *per page* | ☐ $1.10 *per page* | ☐ $0.75 *per page* |
| **7-Day Transcript (Expedited):** A transcript to be delivered within seven (7) days after receipt of order. | ☐ $5.85 *per page* | ☐ $1.10 *per page* | ☐ $0.75 *per page* |
| **3-Day Transcript:** A transcript to be delivered within three (3) days after receipt of order. | ☐ $6.55 *per page* | ☐ $1.30 *per page* | ☐ $0.90 *per page* |
| **Next-Day Transcript (Daily):** A transcript to be delivered prior to the normal opening hour of the Clerk's Office on the calendar day following receipt of the order, regardless of whether or not that calendar day is a weekend or holiday. | ☐ $7.30 *per page* | ☐ $1.45 *per page* | ☐ $1.10 *per page* |
| **CD of electronically recorded (CourtSmart) proceeding:** Not available if court reporter was present. | ☐ $34.00 | | |

## 4. CERTIFICATION: By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE | SIGNATURE |
|---|---|
| 11/23/2026 | /s/ Andrew J. Tessman |